Case 4:26-cr-00018-MSD-RJK    Document 1    Filed 02/09/26    Page 1 of 3 PageID# 13

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Newport News Division*



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. 4:26-cr-18 |
| | ) |
| v. | ) |
| | ) 18 U.S.C. § 922(g)(1) and 924(a)(8) |
| LORENZO GILLIAM, JR., | ) Felon in Possession of a Firearm and |
| | ) Ammunition |
| | ) (Count 1) |
| Defendant. | ) |
| | ) 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c) |
| | ) Criminal Forfeiture |

### INDICTMENT

FEBRUARY 2026 TERM - at Newport News, Virginia

THE GRAND JURY CHARGES THAT:

### COUNT ONE

(Felon in Possession of a Firearm and Ammunition)

On or about November 8, 2025, in the Eastern District of Virginia, the defendant, LORENZO GILLIAM, JR., having knowingly been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate commerce, a firearm, to wit: a 9mm, semiautomatic handgun, bearing no serial number or manufactured markings, containing 14 cartridges inside the firearm, which had been shipped and transported in interstate and foreign commerce.

(In violation of Title 18 United States Code, Sections 922(g)(1) and 924(a)(8)).

2

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendant, if convicted of the violation alleged in this indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any firearm or ammunition involved in or used in the violation.

2. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

3. The property subject to forfeiture includes, but is not limited to, a 9mm, semiautomatic handgun, bearing no serial number or manufactured markings, referenced in Count One, and any related magazines and ammunition.

(In accordance with Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section 2461(c)).

<u>United States v. Lorenzo Gilliam, Jr.</u>
Criminal No. 4:26-cr-18

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

A TRUE BILL:

REDACTED COPY

_____
FOREPERSON

TODD W. BLANCHE
DEPUTY ATTORNEY GENERAL

By: _____
Devon E.A. Heath
Assistant United States Attorney
United States Attorneys' Office
One City Center
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
Tel. (757) 591-4000
Fax: (757) 591-0866
Devon.Heath@usdoj.gov

3